IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

NICHOLAS ADDISON
ADC #162451                                                                                          PLAINTIFF

v.                                          2:23-cv-00191-JM-JJV

STANLEY BRAWLEY, D.D.S.,
EARU Infirmary, Wellpath Contractor, *et al.*                                          DEFENDANTS

## ORDER

The Court has reviewed the Partial Recommendation submitted by United States Magistrate Judge Joe J. Volpe, and Plaintiff's objections. (Docs. 35, 37.) After reviewing the record *de novo*, this Court adopts the Partial Recommendation in its entirety as its findings in all respects.

Therefore, Defendant Culclager's Motion for Summary Judgment (Doc. 28) is GRANTED, and all claims against her be DISMISSED without prejudice. The Medical Defendants' Motion for Summary Judgment (Doc. 25) is GRANTED IN PART and DENIED IN PART. Plaintiff may proceed with the claims he exhausted against Defendants Rivers, Brawley, and Hatchett in grievances EAM-23-905 and EAM-23-1029 only. All other claims raised in the Complaint against Defendants Rivers, Brawley, and Hatchett are DISMISSED without prejudice. All claims against Defendant Palmer be DISMISSED without prejudice. And it is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 13th day of March, 2024.

_____
UNITED STATES DISTRICT JUDGE