IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

NICHOLAS ADDISON
ADC #162451                                                                                                PLAINTIFF

v.                                             2:23-cv-00191-JM-JJV

STANLEY BRAWLEY, D.D.S.,
EARU Infirmary, Wellpath Contractor, *et al.*                                      DEFENDANTS

## ORDER

The Court has reviewed the Partial Recommendation submitted by United States Magistrate Judge Joe J. Volpe, and Plaintiff's objections. (Docs. 36, 38.) After reviewing the record *de novo*, this Court adopts the Partial Recommendation in its entirety as its findings in all respects.

Therefore, Plaintiff's Motion for a Preliminary Injunction is DENIED. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 13th day of March, 2024.

_____
UNITED STATES DISTRICT JUDGE