# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

NICHOLAS ADDISON
ADC #162451                                                                                      PLAINTIFF

v.                                        2:23-cv-00191-JM

STANLEY BRAWLEY, D.D.S.,
EARU Infirmary, Wellpath Contractor, *et al.*                                        DEFENDANTS

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe, and Plaintiff's objections. (Doc. Nos. 44-45.) After reviewing the record *de novo*, this Court adopts the Recommendation in its entirety as its findings in all respects.

Therefore, Defendants' Motion for Summary Judgment (Doc. 41) is GRANTED. Plaintiff's remaining Eighth Amendment claims against Defendants Brawley, Rivers, and Hatchett are DISMISSED with prejudice. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

Dated this 27th day of August, 2024.

_____
UNITED STATES DISTRICT JUDGE