IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

NICHOLAS ADDISON
ADC #162451                                                                                        PLAINTIFF

v.                                     2:23-cv-00191-JM

STANLEY BRAWLEY, D.D.S.,
EARU Infirmary, Wellpath Contractor, *et al.*                                     DEFENDANTS

## JUDGMENT

Consistent with the order entered today, Plaintiff's claims are DISMISSED, and this case is CLOSED. It is certified that an *in forma pauperis* appeal from this Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

Dated this 27th day of August, 2024.

_____
UNITED STATES DISTRICT JUDGE